NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BALLY GAMING, INC.

---

### 2011-1132
(Reexamination No. 90/006,601)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Bally Gaming, Inc. moves with the consent of the United States Patent and Trademark Office for a 25-day extension of time, until July 15, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 23 2011**

Date

cc:  Glenn E. Von Tersch, Esq.
     Raymond T. Chen, Esq.

s21

/s/ Jan Horbaly

Jan Horbaly

Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 23 2011**

**JAN HORBALY**
**CLERK**